# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTOR BUCHI,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:19-cv-325<br><br>Judge Clark Waddoups |

By order dated September 3, 2019, the Court ordered Plaintiff to within thirty days pay an initial partial filing fee of $1.67 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 13.) To date, Plaintiff has neither complied with, nor responded to, that order. The Court last heard from Plaintiff on August 28, 2019, when he submitted an account statement and motion. (ECF Nos. 11, 12.)

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, Plaintiff's complaint is **DISMISSED** without prejudice. *See* DUCivR 41-2. This action is **CLOSED**.

Dated this 6th day of November, 2019.

BY THE COURT:

_____
Clark Waddoups
United States District Court